UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEX ADAMS                                                    JURY TRIAL DEMANDED

v.                                                            CASE NO. 3:07CV

A&S COLLECTION ASSOCIATES, INC.

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § l692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. In or after July, 2006, Defendant communicated with plaintiff or others in an effort to collect a 2004 account plaintiff allegedly had with Dr. Padilla.

7. Defendant A & S is licensed as a Consumer Collection Agency in Connecticut.

8. Included in the amount defendant sought to collect was an illegal 50% collection fee.

9. Included in the amount defendant sought to collect was illegal interest at the rate of 18%.

FIRST COUNT

10. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692,-e, -f, or -g.

SECOND COUNT

11. Within three years prior to the date of this action, Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

   12. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

            THE PLAINTIFF

            BY__/s/ Joanne S. Faulkner__
            JOANNE S. FAULKNER ct04137
            123 AVON STREET
            NEW HAVEN, CT 06511-2422
            (203) 772-0395
            j.faulkner@snet.net