UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEX ADAMS

                Vs.        Civil No.  3:07CV347 (JBA)

A & S COLLECTION ASSOCIATES, INC.

## DEFAULT JUDGMENT

    This matter came on for consideration on motion for default judgment and hearing on damages and before the Honorable Janet Bond Arterton, United States District Judge and the Honorable Joan G. Margolis, United States Magistrate Judge.

    The Court has reviewed all of the papers in conjunction with the motion and on July 30, 2007, a Recommended Ruling entered granting default judgment in the amount of $ 1,000.00 in statutory damages, $10,000.00 in punitive damages and $2,429.39 in attorney fees and costs for a total award of $13,429.39 and denied as moot the motion for hearing on damages.

    On August 30, 2007, after review and absent objection, the Recommended Ruling was approved, adopted and ratified by the Honorable Janet Bond Arterton, United States District Judge.

    It is therefore ORDERED and ADJUDGED that default judgment is entered for the plaintiff in the amount of $13,429.39, and the case is closed.

    Dated at New Haven, Connecticut: September 4, 2007

                                                    KEVIN F. ROWE, CLERK

                                                  By_____/s/_____
                                                       Betty J. Torday
                                                       Deputy Clerk

EOD_____