UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEX ADAMS

v.                              CASE NO.  3:07CV 347 (JBA)

A&S COLLECTION ASSOCIATES, INC.       April 24, 2008


SATISFACTION OF JUDGMENT

This is to acknowledge that the judgment herein has been paid and satisfied.

THE PLAINTIFF


BY___/S/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon St
New Haven, CT 06511-2422
(203) 772-0395


Certificate of Service

I hereby certify that on April 24, 2008, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

_____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net